# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY SMITH,<br>ADC #109695 | | PLAINTIFF |
| v. | 4:17CV00760-JM-JTK | |
| WENDY KELLEY, et al. | | DEFENDANTS |

## ORDER

The Court has received Revised proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's ADA claim is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 22nd day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE